Acknowledged.
Date: 08/28/2013

*signature: Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREA G. MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:12-cv-1835-SEB-DKL |
| | ) |
| FRANCISCAN ALLIANCE, INC. a/k/a | ) |
| FRANCISCAN ST. FRANCIS HEALTH | ) |
| And GREG ZOEBEL, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire matter with prejudice. Each party shall bear their/her own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| MONDAY, JONES & ALBRIGHT | HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C. |
| *s/ Deborah Albright* | *s/ Travis P. Meek (w/consent)* |
| Deborah Albright | Travis P. Meek |
| 1915 Broad Ripple Avenue | Suite 2000, Box 82064 |
| Indianapolis, IN 46220 | One American Square |
| Phone (317) 251-1929 | Indianapolis, IN 46282 |
| Fax (317) 251-1941 | Telephone: (317) 633-4884/Fax: (317) 633-4878 |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

Copies to:

Electronically registered counsel of record